AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:21mj 1045 RAR | Date and time warrant executed:<br>10/20/2021 1613 hours | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of : | N/A | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

1. Contents and records of Mega account identified as "zak.heiney@gmail.com" which was provided by the New Zealand Department of Internal Affairs

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/21/2021

_Executing officer's signature_

Ryan Mahar - Special Agent
_Printed name and title_